UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

| IN RE: | ) | |
| --- | --- | --- |
| | ) | **Bankruptcy Case No.** |
| **ATHEROTECH, INC.** | ) | |
| | ) | **16-00909-TOM** |
| Debtor. | ) | |

### ORDER REQUIRING ALL DEFENDANTS IN P&H ADVERSARY PROCEEDINGS TO ANSWER OR FACE POTENTIAL DEFAULT

Certain of the adversary proceedings (those set forth on **Exhibit 1**, the "Active P&H Cases") came before this Court for hearing on December 17, 2018. Appearing at the hearing were: C. Ellis Brazeal III (Special Counsel for Trustee); Brad Hightower (Special Counsel for the Trustee); Stephen B. Porterfield and Thomas B. Humphries (attorneys for various P&H Defendants); Phillip A. Sellers, II (attorney for various P&H Defendants); Michael A. Fritz, Sr. (attorney for John R. Harper, III, MD, PC); and appearing via telephone, Gregory W. Hauswirth (attorney for various P&H Defendants) and Lauren Warner (attorney for various P&H Defendants).

Counsel for the parties in the Active P&H Cases requested the Court to order the parties in all of the P&H cases to file answers or face potential default. Per its order dated September 12, 2018, this Court had ordered that no Defendant in the Pre-petition processing and handling adversary proceedings (identified on **Exhibit A** to the September 12, 2018 Order and attached to this Order) (the "P&H Defendants") was required to file an answer or other responsive pleading unless and until otherwise ordered by the Court. Based upon arguments of counsel, this Court hereby **ORDERS** and **REQUIRES** that the any P&H Defendant(s) that has not filed an answer in an Adversary Proceeding identified on **Exhibit A** are now **REQUIRED** to file an answer or

other responsive pleading on or before **JANUARY 25, 2019**.  Any P&H Defendant that fails to timely file an answer, may be subject to a default judgment.

Done and ordered this 3rd day of January, 2019.

/s/ Tamara O. Mitchell
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

## ("Active P&H Adversary Proceedings")

| Case No. | Name |
| --- | --- |
| 17-00133 | Reynolds v. West Jefferson Internal Medicine, PC |
| 17-00134 | Reynolds v. Warner Family Practice, PC |
| 17-00142 | Reynolds v. Barry K. McLean, MD |
| 17-00143 | Reynolds v. Curewell Medical Center |
| 17-00144 | Reynolds v. David Harding, MD |
| 17-00145 | Reynolds v. Gary L. Howard, MD |
| 17-00146 | Reynolds v. North River Primary Care Associates |
| 18-00013 | Reynolds v. Sharon B. Chaney, MD |
| 18-00018 | Reynolds v. Chad McElroy, MD |
| 18-00020 | Reynolds v. The Bale Center for the Prevention of Heart Attack |
| 18-00021 | Reynolds v. Alabama Family Medical Center, LLC |
| 18-00022 | Reynolds v. Avalon Medical Center |
| 18-00023 | Reynolds v. Canyons Medical Center, PC |
| 18-00026 | Reynolds v. Henry County Medical Center, PC |
| 18-00030 | Reynolds v. David Wynne, MD |
| 18-00034 | Reynolds v. Cardiospecialists Group, Ltd. |
| 18-00036 | Reynolds v. Lavaca Wellness Clinic, P.A. |
| 18-00041 | Reynolds v. Sharma, MD |
| 18-00046 | Reynolds v. Dr. Randolph's Ageless & Wellness Medical Center |
| 18-00051 | Reynolds v. Barry Collins, MD |
| 18-00055 | Reynolds v. Medicine & Rheumatology Associates, PA |
| 18-00057 | Reynolds v. Lake Lansing Family Practice, PLLC |

| | |
|---|---|
| 18-00068 | Reynolds v. Partners in Freedom, LLC |
| 18-00071 | Reynolds v. William Summers, MD |
| 18-00073 | Reynolds v. North State Medical Group, PA |
| 18-00074 | Reynolds v. Nolan, MD |
| 18-00084 | Reynolds v. Frank Rudeseal, MD |
| 18-00089 | Reynolds v. Daphne Family Practice a/k/a Infirmary Health System, Inc., a/k/a S&K, PC |
| 18-00093 | Reynolds v. Southview Medical Center |
| 18-00097 | Reynolds v. Alabama Women's Specialists |
| 18-00099 | Reynolds v. ACIPCO Medical Group, Inc. |
| 18-00102 | Reynolds v. Francis M. Kundi, MD, PC |
| 18-00103 | Reynolds v. Marc R. Shapiro, MD |
| 18-00105 | Reynolds v. Forest Family Care, Inc. |
| 18-00106 | Reynolds v. Robert B. Pritt, DO, P.A. |
| 18-00109 | Reynolds v. Birmingham Obstetrics/Gynecology, PC |
| 18-00116 | Reynolds v. Medical Offices of Scott B. Halperin, MD, PA |
| 18-00120 | Reynolds v. Susan Dimick, MD |
| 18-00122 | Reynolds v. Acharya |
| 18-00129 | Reynolds v. Freeman Family Practice, LLC |
| 18-00131 | Reynolds v. Samuel W. Ward, MD dba Family Health Care of Chipley |
| 18-00133 | Reynolds v. Ivan Cvik, MD, PA |
| 18-00138 | Reynolds v. Crimson Care, LLC |
| 18-00138 | Reynolds v. Ravish Narvel, M.D., P.A. |
| 18-00145 | Reynolds v. Almirol, MD dba Almirol Internal Medicine, et al. |

# EXHIBIT A

# (All "P&H Adversary Proceedings")

| Case No. | Name |
|---|---|
| 17-00132 | Reynolds v. Premier Family Health PA dba Premier Family Health |
| 17-00133 | Reynolds v. West Jefferson Internal Medicine, PC |
| 17-00134 | Reynolds v. Warner Family Practice, PC |
| 17-00142 | Reynolds v. Mclean |
| 17-00143 | Reynolds v. Curewell Medical Center, PC |
| 17-00144 | Reynolds v. Harding |
| 17-00145 | Reynolds v. Howard |
| 17-00146 | Reynolds v. North River Primary Care Associates |
| 18-00009 | Reynolds v. Parkside Family Clinic, P.A. |
| 18-00010 | Reynolds v. Roberto Bermudez, MD, PA |
| 18-00011 | Reynolds v. Beltway Internal Medicine, LLC |
| 18-00013 | Reynolds v. Chaney, MD |
| 18-00014 | Reynolds v. Kolb |
| 18-00018 | Reynolds v. McElroy |
| 18-00019 | Reynolds v. Ford |
| 18-00020 | Reynolds v. The Bale Center for the Prevention of Heart Attack |
| 18-00021 | Reynolds v. Alabama Family Medical Center, LLC |
| 18-00022 | Reynolds v. Avalon Medical Center, PC |
| 18-00023 | Reynolds v. Canyons Medical Center, PC |
| 18-00024 | Reynolds v. Chestertown Family Medicine of PA of Galena |
| 18-00025 | Reynolds v. Hargadon |
| 18-00026 | Reynolds v. Henry County Medical Center, PC |
| 18-00027 | Reynolds v. Novant Health, Inc., a/k/a Pineville Primary Care |
| 18-00028 | Reynolds v. Temple Medical Clinic, PC |
| 18-00030 | Reynolds v. Wynne |
| 18-00031 | Reynolds v. Molai |

| | |
|---|---|
| 18-00032 | Reynolds v. Dominguez, MD |
| 18-00033 | Reynolds v. Guerrero, RNNP |
| 18-00034 | Reynolds v. Cardiospecialists Group, LTD |
| 18-00036 | Reynolds v. Lavaca Wellness Clinic, P.A. |
| 18-00037 | Reynolds v. Richard F. Fowler, MD, PC dba Arizona Center for Internal Medicine |
| 18-00038 | Reynolds v. Funk, DO |
| 18-00039 | Reynolds v. CFP Physicians Group |
| 18-00040 | Reynolds v. Mizrahi, MD |
| 18-00041 | Reynolds v. Sharma, MD |
| 18-00043 | Reynolds v. Unlimited Medical Services of Florida, LLC |
| 18-00045 | Reynolds v. San Diego Center for Integrative Medicine, Inc. |
| 18-00046 | Reynolds v. Dr. Randolph's Ageless & Wellness Medical Center |
| 18-00047 | Reynolds v. Bridget R. Briggs, MD, Inc. |
| 18-00048 | Reynolds v. Miami Center for Advanced Cardiology, LLC |
| 18-00049 | Reynolds v. Family Healthcare of Wytheville, PC |
| 18-00051 | Reynolds v. Collins |
| 18-00053 | Reynolds v. Tonnemacher, MD |
| 18-00054 | Reynolds v. Leslie S. Gaskill, MD, L.L.C. |
| 18-00055 | Reynolds v. Medicine and Rheumatology Associates, P.A. |
| 18-00056 | Reynolds v. LHM Clinic, PC |
| 18-00057 | Reynolds v. Lake Lansing Family Practice, PLLC |
| 18-00059 | Reynolds v. North Fresno Family Health, Inc. |
| 18-00060 | Reynolds v. Atlanta Metro Cardiology, LLC |
| 18-00061 | Reynolds v. Fox, MD |
| 18-00063 | Reynolds v. Personalcare Physicians of Newport Beach, Inc. |
| 18-00064 | Reynolds v. OB-GYN South, PC |
| 18-00065 | Reynolds v. Mainstreet Medical, PC |
| 18-00067 | Reynolds v. South Auburn Medical Clinic, Inc. |
| 18-00068 | Reynolds v. Partners in Freedom, LLC |
| 18-00069 | Reynolds v. Lewis, DO |
| 18-00070 | Reynolds v. Panhandle Family Care Associates, Inc. |
| 18-00071 | Reynolds v. Summers, MD |
| 18-00072 | Reynolds v. Northwest Family Medical Center, PA |
| 18-00073 | Reynolds v. North State Medical Group, PA |
| 18-00074 | Reynolds v. Nolan, MD |
| 18-00075 | Reynolds v. Day, II |

| | |
|---|---|
| 18-00076 | Reynolds v. EMHFL, Inc. d/b/a Ephraim McDowell-Fort Logan Hosp |
| 18-00077 | Reynolds v. Arora, MD |
| 18-00078 | Reynolds v. Lewis Family Medicine, PLLC |
| 18-00079 | Reynolds v. Santos, MD |
| 18-00080 | Reynolds v. Wythe Medical Associates, Inc. |
| 18-00082 | Reynolds v. The Oxford Clinic, LLC |
| 18-00083 | Reynolds v. Dyer Medical Center, Inc. |
| 18-00084 | Reynolds v. Frank H. Rudeseal, MD |
| 18-00085 | Reynolds v. Lahens Medical Center, Inc. |
| 18-00087 | Reynolds v. Alternacare, P.C. dba Complete Family Care |
| 18-00088 | Reynolds v. Memorial Hermann Hospital System |
| 18-00089 | Reynolds v. Daphne Family Practice |
| 18-00090 | Reynolds v. Griffith, MD |
| 18-00091 | Reynolds v. Linda S. Falconio, MD, Inc. dba The Doctors Office |
| 18-00092 | Reynolds v. Johnstone, MD |
| 18-00093 | Reynolds v. Southview Medical Group, PC |
| 18-00094 | Reynolds v. Hussey, DO |
| 18-00095 | Reynolds v. John R. Harper III, MD, PC |
| 18-00096 | Reynolds v. Northwest Arkansas Internal Medicine, PLLC |
| 18-00097 | Reynolds v. Alabama Women's Specialists, P.C. |
| 18-00098 | Reynolds v. Cox, DO |
| 18-00099 | Reynolds v. Acipco Medical Group, Inc. |
| 18-00100 | Reynolds v. Dy |
| 18-00102 | Reynolds v. Francis M. Kundi, MD, PC |
| 18-00103 | Reynolds v. Marc R. Shapiro, MD |
| 18-00104 | Reynolds v. Family & Urgent Care Clinic, PLLC |
| 18-00105 | Reynolds v. Forest Family Care, Inc. |
| 18-00106 | Reynolds v. Robert B. Pritt, DO, P.A. |
| 18-00107 | Reynolds v. James M. Hoff, MD |
| 18-00108 | Reynolds v. Mark Hoff, MD |
| 18-00109 | Reynolds v. Birmingham Obstetrics/Gynecology, PC |
| 18-00110 | Reynolds v. Primary Care Northwest, PLLC |
| 18-00111 | Reynolds v. Wyndhurst Family Medicine, PC |
| 18-00112 | Reynolds v. Beebe Medical Center, Inc. |
| 18-00113 | Reynolds v. Joy Emmanuel Cochrane, DO, Inc., dba Lakes Urgent |

| | |
|---|---|
| 18-00114 | Reynolds v. Donny Huang, MD |
| 18-00115 | Reynolds v. Dr. Charles Kilo |
| 18-00116 | Reynolds v. Medical Offices of Scott Halperin, MD, PA |
| 18-00117 | Reynolds v. Karen Kutikoff, MD, PA |
| 18-00118 | Reynolds v. Springhill Hospitals, Inc. |
| 18-00119 | Reynolds v. Debin, MD |
| 18-00120 | Reynolds v. Dimick, MD |
| 18-00121 | Reynolds v. Reed, MD |
| 18-00122 | Reynolds v. Acharya |
| 18-00123 | Reynolds v. Mathew, MD |
| 18-00125 | Reynolds v. Coastal Internal Medicine Specialists, PA |
| 18-00126 | Reynolds v. Frank, D.O., F.A.C.O.I. |
| 18-00127 | Reynolds v. Sage Health, LLC |
| 18-00128 | Reynolds v. Rathbone (A Medical Corporation) dba Rathbone Clinic |
| 18-00129 | Reynolds v. Freeman Family Practice, LLC |
| 18-00130 | Reynolds v. Family Medical Center of Georgetown, P.A |
| 18-00131 | Reynolds v. Samuel W. Ward, MD dba Family Health Care of Chipley |
| 18-00132 | Reynolds v. Revana Family Partners, LP |
| 18-00133 | Reynolds v. Ivan Cvik, MD, PA |
| 18-00134 | Reynolds v. Illiana Micali, MD |
| 18-00135 | Reynolds v. Louis P. Coates, DO |
| 18-00136 | Reynolds v. Adrienne Ertl, MD |
| 18-00137 | Reynolds v. About Women's Health Medical Group, A Profess |
| 18-00138 | Reynolds v. Cosma, M.D. et al |
| 18-00139 | Reynolds v. Sammarone, Jr., DO |
| 18-00140 | Reynolds v. University Family Medicine Center, PA |
| 18-00141 | Reynolds v. Plant City Internal Medicine Specialists, PA |
| 18-00142 | Reynolds v. Medical Group of North County, Inc. |
| 18-00143 | Reynolds v. Diel dba Affordable Medical Care |
| 18-00144 | Reynolds v. Wellington Medical Care Associates, LLC |
| 18-00145 | Reynolds v. Almirol, MD dba Almirol Internal Medicine et al |